UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES-ZACHARY CLIFTON JORDAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00004 |
| | § | |
| NOAH ZAVOLAS | § | JURY DEMANDED |

## **FINAL TAKE NOTHING JUDGMENT**

On November 14, 2018, this case was called to trial. Plaintiff appeared by and through his attorney of record and announced ready for trial. Defendant appeared by and through his attorney of record and announced ready for trial. The Court empaneled and swore in the jury. The parties participated through counsel in a jury trial on the merits. After the parties presented testimony and exhibits, which were offered and admitted into evidence, the parties rested. On November 15, 2018, the Court submitted the case to the jury who deliberated, considered questions, and returned a unanimous verdict that the Court received, filed, and entered of record. The jury found against Plaintiff and for Defendant.

It is therefore ORDERED, adjudged and decreed that Plaintiff take nothing by way of this case and that Defendant have judgment in his favor.

It is further ORDERED that all costs of court are taxed against Plaintiff.

It is further ORDERED that all relief not expressly granted herein is denied. This is a final and appealable judgment, as it disposes of all claims of all parties.

SIGNED this _____ day of _____ 2018.

_____
Christina A. Bryan
United States Magistrate Judge

AGREED AS TO FORM AND CONTENT:

BICKHAM LAW

BY: */s/ Thomas F. Bickham*
　　　Thomas F. Bickham, Jr.
　　　Texas Bar No. 00787081
　　　Federal I.D. No. 17317
　　　Tbickham@blawattorneys.com
3120 Southwest Freeway, Suite 612
Houston, Texas 77098
Telephone: (713) 526-4969
Facsimile: (713) 526-4639
**ATTORNEY FOR PLAINTIFF**

MARTIN, DISIERE, JEFFERSON & WISDOM, LLP

BY: */s/ Shane Osborn*
　　　W. Shane Osborn
　　　Texas Bar No. 24068343
　　　Federal I.D. No. 1128026
　　　osborn@mdjwlaw.com
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
**ATTORNEY FOR DEFENDANT**