UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES-ZACHARY CLIFTON JORDAN | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-00004 |
| | § | |
| NOAH ZAVOLAS | § | JURY DEMANDED |

**FINAL TAKE NOTHING JUDGMENT**

On November 14, 2018, this case was called to trial. Plaintiff appeared by and through his attorney of record and announced ready for trial. Defendant appeared by and through his attorney of record and announced ready for trial. The Court empaneled and swore in the jury. The parties participated through counsel in a jury trial on the merits. After the parties presented testimony and exhibits, which were offered and admitted into evidence, the parties rested. On November 15, 2018, the Court submitted the case to the jury who deliberated, considered questions, and returned a unanimous verdict that the Court received, filed, and entered of record. The jury found against Plaintiff and for Defendant.

It is therefore ORDERED, adjudged and decreed that Plaintiff take nothing by way of this case and that Defendant have judgment in his favor.

It is further ORDERED that all costs of court are taxed against Plaintiff.

It is further ORDERED that all relief not expressly granted herein is denied. This is a final and appealable judgment, as it disposes of all claims of all parties.

SIGNED at Houston, Texas, on December 19, 2018

Christina A. Bryan
United States Magistrate Judge